THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Craig Rolen, Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court Judge

Unpublished Opinion No. 2012-UP-085
 Submitted February 1, 2012 -  Filed
February 22, 2012    

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey DuRant,
 of Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant Attorney General Mark R. Farthing, all of Columbia; and
 Solicitor W. Walter Wilkins, III, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Craig Rolen appeals the plea judge's order, arguing the plea judge abused
 his discretion in denying Rolen's motion to withdraw a guilty plea.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v. Thomason, 355 S.C. 278, 283, 584 S.E.2d 143, 145
 (Ct. App. 2003) ("All that is required before a plea can be accepted is
 that the defendant understand the nature and crucial elements of the charges,
 the consequences of the plea, and the constitutional rights he is waiving, and
 that the record reflect a factual basis for the plea." (citation and
 internal quotation marks omitted)); id. at 283, 584 S.E.2d at 146
 ("However, once a defendant enters a guilty plea, whether to allow
 withdrawal of the plea is left to the sound discretion of the [plea judge]."
 (citation omitted)); State v. Riddle, 278 S.C. 148, 150, 292 S.E.2d 795,
 796 (1982) (holding a determination the plea was voluntarily entered "will
 normally show the [plea] judge did not abuse his discretion" (citation
 omitted)). 
AFFIRMED.
FEW, C.J.,
 HUFF and SHORT, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.